IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  12CV01716 RPM

ANTOLIN VALDEZ and JOSE GONZALEZ,

        Plaintiff,

v.

ROBERT L. HAWLEY
        Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER coming on to be heard upon the Stipulation for Dismissal with Prejudice of the plaintiffs, Antolin Valdez and Jose Gonzalez, and the defendant, Robert L. Hawley, and the Court having examined said Stipulation,

FINDS that the Stipulation is proper and should be approved.

THEREFORE, IT IS ORDERED, ADJUDGE AND DECREED that all matters concerning Antolin Valdez and Jose Gonzalez in the within action against Robert L. Hawley be and the same hereby are, dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DONE AND SIGNED this 2nd  day of October, 2012.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge